**'08 CIV 6065**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STERN/LEACH COMPANY,

    Plaintiff

v.

ALMOND INTERNATIONAL, INC., ALMOND STERLING, INC., ALMOND (THAILAND) LIMITED, GOLD AND HONEY (1995) LP, GOLD & HONEY, LTD., JONATHAN MANDELBAUM, and MAURICE MANDELBAUM,

    Defendants.



C.A. No. 08-____

JUL 02 2008

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Stern/Leach Company states that it is a wholly owned subsidiary of Cookson Group plc is, which is publicly held and whose shares are listed on the London Stock Exchange.

Respectfully submitted,

STERN/LEACH COMPANY
By its Attorneys:

GEOFFREY W. MILLSOM (GM 7678)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: July 2, 2008

Of Counsel:

JOSEPH AVANZATO
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604

460096_1.doc