# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 6065

Date Filed: 7/2/2008

Plaintiff:
**STERN/LEACH COMPANY**

vs.

Defendant:
**ALMOND INTERNATIONAL, INC., et al**

For:
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Received these papers to be served on **JONATHAN MANDELBAUM, located at 1 Summit Road, Port Washington, New York 11050.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **25th day of July, 2008 at 9:10 pm,** I:

Personally served the above named Person with a true copy of the **Summons In A Civil Action & Complaint With Exhibits A - E** by personal delivery to the Subject at the above stated address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 230, Hair: Brown, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 28th day of July, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2008003204
Ref: 08 CIV 6065

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j