United States District Court
Southern District of New York

Stern/Leach Company

Plaintiff,

-against-

Almond International, Inc., et al.

Defendants

**AFFIDAVIT OF SERVICE**
# 08 CIV 6065

CITY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley,  being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action and Complaint, under Section 306 of the Business Corporation Law. The corporation which was served was: **ALMOND STERLING INC.**

That on the 17th day of July  2008 at approx. 11:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 120 lbs., brown hair

Denise L. Dooley

Sworn to before me
this 17th day of July 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010