UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STERN/LEACH COMPANY, :

                Plaintiff, :

                **ORDER**

    - against - :

                08 Civ. 6065 (DLC) (FM)

ALMOND INTERNATIONAL, INC., et al., :

                Defendants. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby ORDERED that:

    1.    Defendant Maurice Mandelbaum shall respond to the plaintiff's settlement offer by January 22, 2010.

    2.    A further telephone conference shall be held on February 25, 2010, at 11 a.m. Counsel for the plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

      SO ORDERED.

Dated:    New York, New York
           January 19, 2010

                                        FRANK MAAS
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/10

Copies to:

Hon. Denise L. Cote
United States District Judge

Joseph Avanzato, Esq.
Geoffrey W. Millsom, Esq.
Nicholas R. Mancini, Esq.
Adler Pollock & Sheehan PC
Fax: (401) 751-0604

Segal N. Magori, Esq.
Segal Magori, Law Offices, P.C.
Fax: (516) 466-8988

Gary M. Kushner, Esq.
Forchelli, Curto, Crowe, Deegan,
Schwartz, Mineo & Cohn, LLP
Fax: (516) 248-1729

Shira Y. Rosenfeld, Esq.
Manuel & Rosenfeld, LLP
Fax: (212) 792-0998